IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GREG BOWERMAN                                                                          PLAINTIFF

v.                                    No. 4:12-cv-156-DPM

GLAXOSMITHKLINE LLC f/k/a
SmithKline Beecham Corp. d/b/a
GlaxoSmith Kline; and STEPHEN
L. LAFRANCE PHARMACY, INC.                                                    DEFENDANTS

ORDER

GSK is correct: this Court lacks jurisdiction to act at this point on the attorney's-fee issues. And Bowerman has not asked for any relief yet. The Court also agrees that fee issues should be resolved, if necessary, by the MDL. The Court declines to strike Bowerman's notice, however, because the Court does not believe its present authority extends beyond deciding that it has no jurisdiction.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 July 2012